# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANNETT MARIE REEDER | § | |
| | § | Civil Action No. 4:18-CV-1 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 1, 2019, the report of the Magistrate Judge (Dkt. #14) was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of the Social Security Administration be **AFFIRMED**.

The court, having made a *de novo* review of the objections raised by Plaintiff (Dkt. #15), as well as Defendant's response (Dkt. #18), is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED**.

SIGNED this the 27th day of March, 2019.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE